UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIR CHARTER SERVICE (FLORIDA) INC.,

        Plaintiff,

-v-

MACH 1 GLOBAL SERVICES INC.,

        Defendant.

**ORDER**

19 Civ. 3390 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the telephone conference in this action previously scheduled for December 6, 2019 is adjourned to **January 7, 2020 at 5:00 p.m.** The parties should contact Chambers at (212) 805-0224 once together on the phone.

Dated: New York, New York
       December 9, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge