**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AIR CHARTER SERVICE (FLORIDA) INC.,

                        Plaintiff,

      -against-

MACH 1 GLOBAL SERVICES INC.,

                        Defendant.

------------------------------------------------------------x

No. 19-CV-3390 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a discovery status conference in this matter on January 28, 2020. As discussed at the conference, the parties shall meet and confer and then file a joint status letter by **February 28, 2020**. The status letter should also include whether the parties believe a settlement conference would be helpful at that time. The fact discovery deadline is hereby extended to **March 13, 2020**.

**SO ORDERED.**

Dated: January 28, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge