**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
              :
AIR CHARTER SERVICE (FLORIDA) INC.,  :
              :
           Plaintiff,  :     No. 19-CV-3390 (PGG) (OTW)
              :
      -against-  :     **<u>ORDER</u>**
              :
MACH 1 GLOBAL SERVICES INC., et al.,  :
              :
         Defendants,  :
              :
              :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby

**ORDERED**, that counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). It is further

**ORDERED**, that in the event that there are any outstanding depositions, which there should not be given the Court's March 10, 2020 order (ECF 34), **no in-person depositions shall take place on or before April 30, 2020**, absent a showing of exceptionally good cause. Document discovery shall proceed as outlined in ECF 34. Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. It is further

**ORDERED** that if counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, counsel may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 19, 2020
New York, New York

**Ona T. Wang**
United States Magistrate Judge